**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROULMY CHERY, Petitioner, v. WARDEN OF MOSHANNON VALLEY PROCESSING CENTER, et al., Respondents. | ) | Civil Action No. 3:26-1162<br>Judge Nora Barry Fischer |

**DEFICIENCY ORDER**

Petitioner Roulmy Chery ("Petitioner") submitted a Motion to Enforce Judgment on August 20, 2026. (Docket No. 12). Petitioner's motion is not signed by the Petitioner. Accordingly, the Motion to Enforce Judgment in the above-captioned matter will not be processed for failure to comply with the Federal Rules of Civil Procedure, statutory requirements and/or the Local Rules for the Western District of Pennsylvania.

IT IS HEREBY ORDERED that Petitioner's Motion to Enforce Judgment [12] is DENIED, without prejudice.

BY THE COURT:

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: counsel of record

cc: ROULMY CHERY
220448459
MOSHANNON VALLEY PROCESSING CENTER
555 GEO DRIVE
PHILIPSBURG, PA 16866 (via first class mail)